IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KIM ROBERTS, AS ADMINISTRATRIX OF THE**
**ESTATE OF CHARLES "CHUCK" S. TRAUB**                                           **PLAINTIFF**

VS.                       CASE NO. 1:05CV00081 JMM

**UNITED STATES OF AMERICA**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in an Order entered this date, it is hereby CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is dismissed with prejudice.

DATED this 13th day of February, 2007.

_____
James M. Moody
United States District Judge